NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STATON TECHIYA, LLC,**

*Plaintiff-Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**

*Defendants-Appellees*

---

2024-1917

---

Appeal from the United States District Court for the Eastern District of Texas in Nos. 2:21-cv-00413-JRG-RSP and 2:22-cv-00053-JRG-RSP, Chief Judge J. Rodney Gilstrap.

---

## O R D E R

Upon consideration of the parties' joint stipulation of voluntary dismissal of this appeal pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1) The appeal is dismissed.

2    STATON TECHIYA, LLC v. SAMSUNG ELECTRONICS CO., LTD.

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

December 20, 2024
Date

ISSUED AS A MANDATE:  December 20, 2024